FORM L145
Notice of Intent to Close Chapter 13 Case Without Entry of Discharge Due to Failure to File
Financial Management Course Certificate (Official Form 23) (v.02.11)

11−20649 − B − 13J



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**3/28/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF INTENT TO CLOSE CHAPTER 13 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE (OFFICIAL FORM 23)

Case Number:   11−20649 − B − 13J

Debtor Name(s) and Address(es):

Jon Darby McConnell
P.O. Box 546
Forest Ranch, CA 95942

Sarah Maria McConnell
P.O. Box 546
Forest Ranch, CA 95942

Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 13 case without entry of a discharge if Official Form 23, *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management*, is not filed by the debtor(s) on or before the date the last payment is made by the debtor as required by the plan or the filing of a motion for a discharge under § 1328(b) of the Bankruptcy Code, and the case is otherwise ready to be closed. Forty−five (45) days have now passed since the date first set for the meeting of creditors in this case and Official Form 23 has not been filed by the debtor(s).

**NOTICE IS HEREBY GIVEN THAT** this bankruptcy case may be closed without entry of a discharge unless Official Form 23, *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management*, or a motion for extension of time to file Official Form 23, is filed **with the Clerk at the address shown above** no later than the date the last payment is made by the debtors as required by the plan or the filing of a motion for discharge under § 1328(b). Once the case is closed without entry of a discharge, obtaining a discharge will require the filing of Official Form 23, together with a motion to reopen the case and payment of a reopening fee (currently $235.00 in a chapter 13 case).

**Official Form 23 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated:  3/28/11

Wayne Blackwelder
Clerk of Court

Form B23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re

**Jon Darby McConnell**
P.O. Box 546
Forest Ranch, CA 95942

**Sarah Maria McConnell**
P.O. Box 546
Forest Ranch, CA 95942

Debtor(s).

Case Number

**11−20649 − B − 13J**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

<u>If a joint petition is filed, each spouse must complete and file a separate certification</u>. Therefore, joint debtors may wish to photocopy this form before completing it.

☐ I, _____, the debtor/joint debtor in the above−styled case, hereby certify
(Printed name of debtor or joint debtor)
that on _____ (date) I completed an instructional course in personal financial
management provided by _____, an approved personal
(Name of Provider)
financial management provider.

Certificate No. (if any): _____

− OR −

☐ I, _____, the debtor/joint debtor in the above−styled case, hereby certify
(Printed name of debtor or joint debtor)
that no personal financial management course is required because of [*check the appropriate box*]:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: _____ Signature of Debtor or Joint Debtor: _____

**Instructions**: Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

**Filing Deadlines**: In a chapter 7 case, file with the Clerk of Court within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)