2011-20649
FILED
April 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003383824

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtors

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re:                                          )   Case No: 11-20649-B-13J
                                                )
JON DARBY McCONNELL,                            )   **ORDER CONFIRMING PLAN FILED**
                                                )   January 10, 2011
SARAH MARIA McCONNELL,                          )
                                                )
        Debtors.                                )
                                                )
                                                )

The Chapter 13 Plan filed January 10, 2011, for the above-named Debtors has been transmitted to all Creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of *11 USC §1325*.

Therefore, **IT IS ORDERED THAT** the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.    The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2.    The Debtors shall immediately notify the Trustee in writing of any termination, reduction of, or any other change in the employment of the Debtor; and

3.    The Debtors shall appear in court whenever notified to do so by the court.

RECEIVED
March 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003383824

2

1    **IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the

2    full amount of $3,500.00 are approved, $1,750.00 of which was paid prior to the filing

3    of the petition.  The balance of $1,750.00, provided that the attorney and debtor have

4    executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their

5    Attorneys, shall be paid by the trustee from plan payments at the rate specified in the

6    Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

7

8    Approved as to form.

9

10

11   Jan P. Johnson
     Bankruptcy Trustee
12

13

14

15

16

17   Dated: April 13, 2011

18

19

20   Thomas C. Holman
     United States Bankruptcy Judge
21

22

23

24

25

ORDER CONFIRMING PLAN -- 2